UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA PLAINTIFF

vs. CIVIL ACTION NO. 3:18-CV-103-LG-LRA

JOHN PEMBERTON DEFENDANT

# COMPLAINT

Plaintiff United States of America, by and through the United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorneys for said District, on behalf of its agency, the United States Department of Education, alleges the following in support of its Complaint against Defendant John Pemberton:

## I. Parties and Nature of Action

1. This is a civil action brought by Plaintiff United States to collect a student loan debt from Defendant Pemberton under the U.S. Department of Education's William D. Ford Federal Direct Loan Program. 20 U.S.C. § 1087a *et seq.*; 34 C.F.R. Part 685.

## II. Jurisdiction and Venue

2. This Court has jurisdiction over an action under 28 U.S.C. §§ 1331 and 1345.

3. Venue is proper in the Southern District of Mississippi under 28 U.S.C. § 1391 because Pemberton resides in Madison, Mississippi.

## III. Facts

4. In 1995, Pemberton applied for and was granted a William D. Ford Federal Direct Consolidation Loan (Direct Consolidation Loan) from the U.S. Department of Education,

authorized under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a *et seq*. The Direct Consolidation Loan's details are more particularly set out in the U.S. Department of Education's Certificate of Indebtedness, attached as Exhibit A. *See* Ex. A (Certificate of Indebtedness).

5. On or about February 1, 1995, Pemberton signed a Federal Direct Consolidation Loan Application and Promissory Note by which he promised, in exchange for his receipt of funds from the Direct Consolidation Loan, to repay the Direct Consolidation Loan with interest, fees, and U.S. Department of Education's collection costs, including attorney's fees.

6. Through the Direct Consolidation Loan, the U.S. Department of Education disbursed to Pemberton $21,885.09 on or about May 5, 1995, at "a variable rate of interest to be established annually." Ex. A (Certificate of Indebtedness).

7. On or about January 22, 2013, Pemberton defaulted on the Promissory Note by failing to make payments when due.

8. After Pemberton's default, the U.S. Department of Education capitalized $20,729.73 in unpaid interest and declared the entire outstanding Direct Consolidation Loan balance due immediately, as authorized by the Promissory Note's acceleration clause.

9. As of November 22, 2017, Pemberton owed the U.S. Department of Education $50,340.22 on the Direct Consolidation Loan taken in 1995, comprised of $42,329.53 principal plus $8,010.69 accrued interest through November 22, 2017. Additional interest accrues on the principal amount at the annual rate of 4.08 percent and a daily rate of $4.73 until the date judgment is entered, and thereafter at such rate as the U.S. Department of Education establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087e. *See* Ex. A (Certificate of Indebtedness).

**Count I – Breach of Contract**

10. The United States incorporates the foregoing paragraphs of the Complaint as if fully restated herein.

11. Pemberton formed a contract with the U.S. Department of Education when he signed the Promissory Note by which he promised, in exchange for his receipt of the funds from the Direct Consolidation Loan, to repay the Direct Consolidation Loan with interest, fees, and the U.S. Department of Education's collection costs, including attorney's fees.

12. Pemberton materially breached the Promissory Note by failing to make payments of his Direct Consolidation Loan debt when due, and he has persisted in that failure through the present date.

13. Pemberton's material breach of the Promissory Note has caused the United States to suffer damages in the amount of $50,340.22 as of November 22, 2017, plus future interest at the rate of $4.73 per day until the date judgment is entered, plus post-judgment interest at the statutory rate thereafter.

**Prayer for Relief**

The United States respectfully requests that the Court enter judgment in its favor, as follows:

a. That Pemberton materially breached the Promissory Note by failing to make payments on his Direct Consolidation Loan debt, as required therein;

b. That, due to Pemberton's material breach of the Promissory Note, Pemberton is liable in damages to the United States in the amount of $50,340.22, as of November 22, 2017; plus daily prejudgment interest in the amount of $4.73 from November 22, 2017, until the judgment date; plus post-judgment interest at the statutory rate on and after the judgment date;

c. That Pemberton is liable for the U.S. Department of Education's collection costs, including reasonable attorney's fees and litigation costs, including filing fee costs in the amount of $400.00 ($350.00 filing fee plus $50.00 administrative fee) in favor of the United States, pursuant to 28 U.S.C. § 2412(a)(2); and

d. All other relief in favor of the United States that the Court deems just and proper.

DATED: February 16, 2018

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

BY: /s/ *Kristi H. Johnson*
KRISTI H. JOHNSON
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Mississippi Bar No. 102891
(601) 965-4480
Kristi.Johnson2@usdoj.gov

/s/ *Marc A. Perez*
MARC A. PEREZ
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Washington State Bar No. 33907
(601) 965-4480
Marc.Perez@usdoj.gov

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 1**

JOHN M PEMBERTON
AKA JOHN MARSHALL PEMBERTON
103 GUNSTON CT
MADISON, MS 39110
Account No. XXXXX7444

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest as of 11/22/17.

On or about 02/01/95, the BORROWER executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $21,885.04 on 05/05/95 at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 01/22/13. Pursuant to 34 C.F.R. § 685.202(b), a total of $20,729.73 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $145.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $42,329.53 |
| Interest: | $8,010.69 |
| Total debt as of 11/22/17: | $50,340.22 |

Interest accrues on the principal shown here at the current rate of 4.08 % and a daily rate of $4.73 through June 30, 2018, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/20/17

Loan Analyst
Litigation Support Unit

EXHIBIT "A"

**Philippe Guillon**
**Loan Analyst**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

3:18-CV-103-LG-LRA

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Marc A. Perez, AUSA; Kristi H. Johnson, AUSA
501 E. Court Street, Suite 4.430
Jackson, MS 39201 (601) 965-4480

## DEFENDANTS

JOHN PEMBERTON

County of Residence of First Listed Defendant MADISON
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Andrew S. Respess
Galloway Johnson Tompkins Burr & Smith
New Orleans, LA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☒ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
20 U.S.C. § 1087

Brief description of cause:
This is a civil action to collect debt owed to the United States

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 50,340.22

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE 2/16/18

SIGNATURE OF ATTORNEY OF RECORD
MARC A. PEREZ, AUSA; KRISTI H. JOHNSON, AUSA

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______